AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Falcon Cliff, LLC,

              Plaintiff,

Wycoff Environmental Consulting, LLC, et al.

              Defendants.

DEFAULT JUDGMENT IN A CIVIL ACTION

Case Number:   2:24-cv-694-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that**

DEFAULT JUDGMENT is entered against Defendants Wycoff Environmental Consulting, LLC, and Jenny Wycoff pursuant to Fed.R.Civ.P. 55(b)(1) for the sum certain of $337,951.87.

04/29/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ ALF  
Deputy Clerk